PROB12A1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Kevin ARCHANGEL |
| **Docket Number:** | 2:00CR00136 |
| **Offender Address:** | Stockton, California (City and State Only) |
| **Judicial Officer:** | Honorable Garland E. Burrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 11/17/2000 |
| **Original Offense:** | 18 USC 922(g)(1) - Felon in Possession of a Firearm (CLASS C FELONY) |
| **Original Sentence:** | 37 months custody; 3 years supervised release; $2,000 fine; $100 special assessment |
| **Special Conditions:** | Warrantless search; Participate in drug treatment and testing; $5 co-pay for treatment or testing program; Alcohol abstinence |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 12/13/2002 |
| **Assistant U.S. Attorney:** | James Arguelles    **Telephone:** (916)554-2700 |
| **Defense Attorney:** | Federal Defender's Office  **Telephone:** (916) 498-5700 |
| **Other Court Action:** | |
| <u>09/17/2003</u>: | Petition filed notifying Court of illicit drug use and failure to comply with drug aftercare as directed. Matter was continued to allow offender to comply satisfactorily with conditions. |

**RE:   Kevin ARCHANGEL**
**      Docket Number:   2:00CR00136**
**      REPORT OF OFFENDER NON-COMPLIANCE**

| | |
|---|---|
| **12/05/2003:** | Court dismissed violation Petition and allowed offender to continue on supervision and participate in further drug treatment. |
| **07/13/2004:** | Court notified of irregular fine payments.  Offender allowed to continue efforts to make payments. |

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**IRREGULAR FINE/RESTITUTION PAYMENTS**

**Details of alleged non-compliance:** In July 2004, the Court was notified of the offender's lack of progress in making fine payments.  He had been unemployed for sporadic periods of time and claimed to be making informal child support payments to the mother of his children.  His girlfriend also has several children which he is helping to support.  Mr. Archangel agreed to make payments of $50 per month when employed; however, despite his employment, he neglected to make payments for several months.  A non-judicial compliance hearing was held in the probation office in an attempt to obtain compliance with the payment schedule so as to avoid further Court intervention.  A copy of the results of this hearing are attached for the Court's perusal.

RE:     Kevin ARCHANGEL
        Docket Number:   2:00CR00136
        **REPORT OF OFFENDER NON-COMPLIANCE**

**United States Probation Officer Plan/Justification:** In that Mr. Archangel has complied fully with the attached agreement and has now paid his fine in full, no further Court action is recommended. He will terminate on schedule in December 2005.

Respectfully submitted,

/s/ Deborah A. Spencer

**DEBORAH A. SPENCER**
**United States Probation Officer**
Telephone: (916) 683-4375

**DATED:**    May 12, 2005
              Elk Grove, California
              DAS:kms


**REVIEWED BY:**    /s/ Joe E. Glaspie
                    **JOE E. GLASPIE**
                    **Assistant Deputy Chief United States Probation Officer**

---

**THE COURT ORDERS:**

[X]     The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.
[ ]     Submit a Request for Modifying the Conditions or Term of Supervision.
[ ]     Submit a Request for Warrant or Summons.

[ ]     Other:

```
DATED:  May 19, 2005              /s/ Garland E. Burrell, Jr.
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge
```

**RE:    Kevin ARCHANGEL**
       **Docket Number:   2:00CR00136**
       **REPORT OF OFFENDER NON-COMPLIANCE**

cc:    United States Probation
       James Arguelles, Assistant United States Attorney
       Assistant Federal Defender

Attachment:  Presentence Report   (Sacramento only)